COPY

FILED Fee Paid

2008 AUG -6 P 3:33 NP

RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

5

STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
GUARDSMARK, LLC

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

CIRS

| | |
|---|---|
| NIAMIEN KOPHI, Plaintiff, v. GUARDSMARK, LLC, Defendants. | Case No. C08 03763 RS<br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) [DIVERSITY AND FEDERAL QUESTION]** |

BY FAX

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** defendant GUARDSMARK, LLC hereby removes to this Court the state court action described below.

1. On April 16, 2008, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Niamein, Kophi v. Guardsmark, LLC*, Case No. 108CV110613, attached hereto as Exhibit A. The initial complaint did not identify what type of claim plaintiff was asserting against GUARDSMARK, LLC. A demurrer to the complaint was filed on behalf of GUARDSMARK, LLC. A copy of the demurrer is attached as Exhibit B.

2. Prior to the hearing on the demurrer, plaintiff filed an Amended Complaint. A copy of the Amended Complaint is attached hereto as Exhibit C.

3. The only other pleading, process or order served on GUARDSMARK, LLC in the state action is a Civil Lawsuit Notice which is attached as Exhibit D.

4. The first date upon which defendant GUARDSMARK, LLC received the Amended Complaint was July 8, 2008.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it asserts a claim of violation of Federal laws, specifically, Title VII of the Civil Rights Act of 1964.

6. There are no other defendants identified in the action.

7. This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332, and is one which may be removed to this Court by defendant GUARDSMARK, LLC pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum or $75,000, exclusive of interest and costs because: Plaintiff, an employee of GUARDSMARK, LLC, claims that he was discharged on April 15, 2005 (over three years ago) in violation of Title VII of the Civil Rights Act and was retaliated against by being placed on indefinite suspension which caused him to suffer substantial emotional and financial distress. He prays for judgment against GUARDSMARK, LLC in the maximum amount allowed by the State of California for similar cases.

8. As indicated in the accompanying Declaration of Judd Osten, plaintiff filed a Charge of Discrimination with the EEOC asserting violation of the Title VII of the Civil Rights Act of 1964 wherein he stated that he was unfairly suspended on August 15, 2005. Plaintiff claims he began working for GUARDSMARK in April of 2005. As indicated by the plaintiff's 2004 wage records, plaintiff earned over $24,000 in nine months. His approximate average salary would be at least $32,000. Plaintiff asserts he has been unfairly prevented from returning to work since August of 2005. Therefore, he has lost three year's worth of income for an approximate total of $96,000.

9. Complete diversity of citizenship exists in that: Plaintiff resides in San Jose and is a citizen of the State of California. Guardsmark, LLC is a Delaware limited liability company. Guardsmark, LLC is owned by (i) Guardsmark Holdings, Inc., a Delaware corporation, and (ii) the Lipman Brothers Partnership, a Delaware general partnership of which two of the partners reside in New

///

-2-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) [DIVERSITY AND FEDERAL QUESTION

J:\1007\sf0067\Pld\NoticeRemoval.wpd

York and the third in Memphis. GUARDSMARK, LLC has its principal place of business is New York, New York and its administrative center in Memphis, Tennessee.

Dated: August 6, 2008.

LOW, BALL & LYNCH

By [signature]
STEVEN D. WERTH
LAURA S. FLYNN
Attorneys for Defendant
GUARDSMARK, LLC

-3-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) [DIVERSITY AND FEDERAL QUESTION
J:\1007\sf0067\Pld\NoticeRemoval.wpd

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

RECEIVED
APR 18 2008
LEGAL DEPARTMENT

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED

2008 APR 16 P 2:0

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
GUARDSMARK, LLC
c/o Judd Osten
Vice-President, Associate General Counsel

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
NIAMIEN, KOPHI
Security officer (Guardsmark)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* County of Santa Clara
Civil Division
191 North First Street San Jose CA 95172

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
NIAMIEN, KOPHI
P.O. Box 720331 SAN JOSE CA 95143 (Tel) 408 505-0479

DATE: 04-16-08 Kiri Torre Chief Executive Officer/Clerk Clerk, by ________, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

Your Name: ~~K~~ NIAMIEN, KOPHI

Your Address: P.O. Box 720881

SAN JOSE CA 95172

Your Phone Number: (408) 505-0479

Self-Represented ✓

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
CIVIL DIVISION

| | |
|---|---|
| K NIAMIEN, KOPHI<br><br>Plaintiff,<br><br>And<br><br>Defendant<br>GUARDSMARK, LLC | Case No.: 108CV110638<br><br>PLEADING TITLE:<br>Complaint<br><br>Judge: |

Corey Bye

End of the conversation.

Monday August 16, 2005: 9H30 AM
I went to the main office to meet with Derrick for the decision to prevent me to go to work.
Unfortunately Derrick wasn't in office, and I met Kevin (Human Resources Manager). He wasn't aware of what happened, and advised me to talk to Derrick, and the next step, if the issue is not solved, to talk to Dana Smith at the Corporate Office.

**Tuesday August 17, 2005: 9AM**
I called the office to talk to Derrick, but the secretary transferred my call to the voicemail. And Derrick never call me back.

Wednesday August 18, 2005: 9AM
I called the office to talk to Derrick, but once again, I was transferred to a voice mail, and He never called me back.

This there wasn't any good faith to talk to me, I decided to go to the next step up, which was to talk to Dana Smith at the corporate office, She decided to talk to Derrick, and found out and she will get back to me.
Dana called me back and she told me that I left the site without a reliever. Then I told her, that there is a camera at the site, and I was properly relieved by my co-worker (Abebe), and she can verify with Abebe for herself.. Every since he never called me back again.

**Friday August 19, 2005 2.00PM**

- I faxed a copy to Dana Smith for my intention to take the case to EEOC.
- I called the office to talk to Derrick, and once again, the secretary informed me that Derrick wasn't in, and he was out of town.
- They didn't know that I was in front of the office, and as soon as she transferred me to the voicemail, I entered the office, and Derrick was in the lobby with the secretary reading a newspaper.
- He took me in his office, and not even offering me a seat, He asked: Did the EEOC offer you job yet...? I was choked. I asked him when I will be put back to work? And to give me some reasons to prevent from work...? He was smiling without telling me anything. Then I asked him: Is it a suspension or a discharged?...He responded.: ...oh no, it is not a discharged, but an assigned position...and continues, I get back to you as soon as I find a spot for you.. Then I left the Office.

**Tuesday August 23, 2005 11.00AM**

Dana Smith called me, and advised me not to report the company to EEOC, and she will fix the problem. That was the last time I heard from her, and from the corporate office.

EEOC Form 161-A (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
## (CONCILIATION FAILURE)

To: Kophi Niamien
P.O. Box 720881
San Jose, CA 95172

From: San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 370-2006-00102 | Michelle L. Nardella, Enforcement Manager | (415) 625-5628 |

TO THE PERSON AGGRIEVED:

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### – NOTICE OF SUIT RIGHTS –
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed** **WITHIN 90 DAYS** **of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred** **more than 2 years (3 years)** **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

[signature] 1-17-08

Enclosure(s)

Michael Baldonado,
Acting Director

(Date Mailed)

cc: Judd F. Osten
VP, Assoc General Counsel
GUARDSMARK
22 South Second Street
Memphis, TN 38103

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
NIAMIEN, KOPHI
P.O BOX 720881 SAN JOSE CA 95172
TELEPHONE NO.: (408) 505-0479 FAX NO.:
ATTORNEY FOR (Name):

FOR COURT USE ONLY

ENDORSED

2008 APR 16 P 1:59

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San JOSE CA 95113
BRANCH NAME:

CASE NAME: Niamien vs Guardmark, LLC

**CIVIL CASE COVER SHEET**

☑ Unlimited (Amount demanded exceeds $25,000)
☐ Limited (Amount demanded is $25,000 or less)

Complex Case Designation
☐ Counter ☐ Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: [illegible] 110818

JUDGE:

DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☑ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (*not specified above*) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action (*specify*):
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: N/A
NIAMIEN, KOPHI
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**EXHIBIT B**

Guardsmark/Niamien

5-16-8

STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
GUARDSMARK, LLC

ENDORSED

2008 MAY 16 P 4: 11

A. Elas

#4

COURT SERVICES

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| NIAMIEN, KOPHI,<br><br>Plaintiff,<br><br>v.<br><br>GUARDSMARK, LLC,<br><br>Defendants. | Case No. 108CV110613<br><br>**DEFENDANT GUARDSMARK. LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT**<br><br>Date: June 19, 2008<br>Time: 9:00 a.m.<br>Dept: 19 |

BY FAX

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

Defendant GUARDSMARK, LLC demurs specially to the entire Complaint of plaintiff KOPHI NIAMIEN on the ground that the pleading is uncertain. California Code of Civil Procedure 430.10 (f). Defendant cannot reasonably respond to the complaint.

Dated: May 16, 2008.

LOW, BALL & LYNCH

By [signature]
STEVEN D. WERTH
LAURA S. FLYNN
Attorneys for Defendant
GUARDSMARK, LLC

J:\1007\s\0057\Pld\Demurrer.wpd

*Niamien v. Guardsmark, LLC*
Santa Clara Superior Court Case No.: 108CV110613

**PROOF OF SERVICE**

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:** **DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT; NOTICE OF HEARING ON DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT; and DECLARATION OF LAURA S. FLYNN IN SUPPORT OF DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT**

**ADDRESSES:**
Kophi Niamien
P.O. Box 720881
San Jose, CA 95172
Telephone: 408/505-0479
**In Pro Per**

[X] **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _________________ Legal Services.

[] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on May 16, 2008.

Danielle Costes
Danielle Costes

STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
GUARDSMARK, LLC

ENDORSED

2008 MAY 16 P 4: 11

A. Ilas

COURT SERVICES

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

NIAMIEN, KOPHI,

Plaintiff,

v.

GUARDSMARK, LLC,

Defendants.

Case No. 108CV110613

**NOTICE OF HEARING ON DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT**

Date: June 19, 2008
Time: 9:00 a.m.
Dept: 19

BY FAX

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

**YOU ARE HEREBY NOTIFIED THAT** on June 19, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 19 of this Court located at 191 North First Street in San Jose, California, the demurrer of defendant GUARDSMARK, LLC to plaintiff NIAMIEN KOPHI's Complaint, served and filed with this Notice with be heard.

Dated: May 16, 2008.

LOW, BALL & LYNCH

By [signature]
STEVEN D. WERTH
LAURA S. FLYNN
Attorneys for Defendant
GUARDSMARK, LLC

STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
GUARDSMARK, LLC

ENDORSED
2008 MAY 15 P 4: 11
A. Ilas
COURT SERVICES

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| NIAMIEN, KOPHI,<br><br>Plaintiff,<br><br>v.<br><br>GUARDSMARK, LLC,<br><br>Defendants. | Case No. 108CV110613<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT**<br><br>Date: June 19, 2008<br>Time: 9:00 a.m.<br>Dept: 19 |

BY FAX

Defendant GUARDSMARK, LLC submits the following memorandum of points and authorities in support of its Demurrer to plaintiff KOPHI NIAMIEN's complaint.

**FACTUAL BACKGROUND**

On April 16, 2008, plaintiff KOPHI NIAMIEN mailed a Summons and Complaint to defendant GUARDSMARK, LLC. A true and correct copy of the Summons and Complaint is attached to the Declaration of Laura S. Flynn as Exhibit A. The Complaint consisted only of a title page labeled "Complaint", a single typewritten page apparently discussing the plaintiff's actions in August of 2005, and a Notice of Right to Sue document from the EEOC dated January 17, 2008. The Complaint does not set forth any causes of action and does not contain a prayer for damages.

///

///

## LEGAL ARGUMENT

### I. PLAINTIFF'S COMPLAINT IS UNCERTAIN

Pursuant to California Code of Civil Procedure section 430.10(f), the party against whom a complaint has been filed may object by demurrer on the ground that the pleading is uncertain. "Uncertain" includes ambiguous and unintelligible. A demurrer for uncertainty will be sustained where the complaint is so bad that the defendant cannot reasonably respond, i.e., it cannot reasonably determine what issues must be admitted or denied, or what counts or claims are directed against it. *Khoury v. Maly's of California* (1993) 14 Cal.App.4th 612, 616. In pleading, the essential facts upon which a determination depends should be stated with clearness and precision so that nothing is left to surmise. *Ankeny v. Lockheed* (1979) 88 Cal.App.3d 531, 537.

In the present case, the entire complaint is uncertain. There are no causes of action alleged. Although plaintiff's claims appear to involve his prior employment with GUARDSMARK, LLC there is no indication as to whether plaintiff is suing pursuant to state law or federal law. In addition, it is unclear whether he is asserting a contractual claim and whether any contractual claims are based on an oral and/or written contract. There is no prayer for damages. As a result, defendant has no idea what remedies the plaintiff seeks.

Defendant cannot reasonably determine what issues need to be admitted or denied or what counts or claims are being directed against it. The facts upon which the plaintiff bases his complaint are unclear. As a result, defendant requests that its demurrer to plaintiff's complaint be sustained.

Dated: May 16, 2008.

LOW, BALL & LYNCH

By [signature]
STEVEN D. WERTH
LAURA S. FLYNN
Attorneys for Defendant
GUARDSMARK, LLC

-2-
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT
J:\1007\sf0067\Pld\DemurrerMPA.wpd

STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
GUARDSMARK, LLC

ENDORSED
2008 MAY 16 P 4: 11
[illegible] Arellas
COURT SERVICES

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| NIAMIEN, KOPHI, Plaintiff, v. GUARDSMARK, LLC, Defendants. | Case No. 108CV110613<br><br>**DECLARATION OF LAURA S. FLYNN IN SUPPORT OF DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT**<br><br>Date: June 19, 2008<br>Time: 9:00 a.m.<br>Dept: 19 |

BY FAX

I, LAURA S. FLYNN, declare as follows:

1. I am an associate with the law offices of Low, Ball & Lynch, attorneys of record for defendant GUARDSMARK, LLC. I have personal knowledge of the information contained below.

2. Attached hereto as Exhibit A is a true and correct copy of the "Complaint" served by plaintiff on GUARDSMARK, LLC by mail on April 16, 2008.

3. On May 16, 2008, I contacted the in pro per plaintiff KOPHI NIAMIEN in order to determine upon what dates he would be available to attend a hearing on defendant's demurrer. He told me that he could not provide me with a date. He stated that he was talking to three separate attorneys and did not know which attorney he was going to retain to represent him. When I asked him if he would refrain from filing a default as to GUARDSMARK if we waited to file our demurrer until after he had provided us with his or his attorney's available dates, he became confused and stated he simply could not provide me with a date until next week.

4. In order to ensure that no default is entered against GUARDSMARK, we are filing GUARDSMARK's demurrer to plaintiff's complaint at this time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of May 2008 in San Francisco, California.

LAURA S. FLYNN

-2-

DEFENDANT GUARDSMARK, LLC'S DEMURRER TO PLAINTIFF'S COMPLAINT

J:\1007\sf0067\Pld\DemurrerDecLSF.wpd

# EXHIBIT "A"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

RECEIVED
APR 18 2008
LEGAL DEPARTMENT

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
2008 APR 16 P 2: 0

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
GUARDSMARK, LLC
c/o JUDD Osten
Vice-President, Associate General counsel

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
NIAMIEN, KOPHI
Security officer (GUARDSMARK)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* County of santa clara
civil Division
191 North First street San Jose CA 95172

CASE NUMBER: *(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
NIAMIEN, KOPHI
P.O. Box 720381 SAN JOSE CA 95143 (Tel) 408 505-0479

DATE: *(Fecha)* 04-16-08 Kiri Torre Chief Executive Officer/Clerk Clerk, by *(Secretario)* ________ , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

Your Name: ~~K~~ NIAMIEN, KOPHI

Your Address: P.O. Box 720881

SAN JOSE CA 95172

Your Phone Number: (408) 505-0479

Self-Represented ✓

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

CIVIL DIVISION

| | |
|---|---|
| NIAMIEN, KOPHI | Case No.: 108CV110618 |
| Plaintiff, | PLEADING TITLE: |
| And | Complaint |
| | |
| Defendant | Judge: |
| GUARDSMARK, LLC | |

Pleading Title: ______ Page ___ of ___

Corey Bye

End of the conversation.

Monday August 16, 2005: 9H30 AM
I went to the main office to meet with Derrick for the decision to prevent me to go to work.
Unfortunately Derrick wasn't in office, and I met Kevin (Human Resources Manager). He wasn't aware of what happened, and advised me to talk to Derrick, and the next step, if the issue is not solved, to talk to Dana Smith at the Corporate Office.

**Tuesday August 17, 2005: 9AM**
I called the office to talk to Derrick, but the secretary transferred my call to the voicemail. And Derrick never call me back.

Wednesday August 18, 2005: 9AM
I called the office to talk to Derrick, but once again, I was transferred to a voice mail, and He never called me back.

This there wasn't any good faith to talk to me, I decided to go to the next step up, which was to talk to Dana Smith at the corporate office. She decided to talk to Derrick, and found out and she will get back to me.
Dana called me back and she told me that I left the site without a reliever. Then I told her, that there is a camera at the site, and I was properly relieved by my co-worker (Abebe), and she can verify with Abebe for herself.. Every since he never called me back again.

**Friday August 19, 2005 2.00PM**

- I faxed a copy to Dana Smith for my intention to take the case to EEOC.
- I called the office to talk to Derrick, and once again, the secretary informed me that Derrick wasn't in, and he was out of town.
- They didn't know that I was in front of the office, and as soon as she transferred me to the voicemail, I entered the office, and Derrick was in the lobby with the secretary reading a newspaper.
- He took me in his office, and not even offering me a seat. He asked: Did the EEOC offer you job yet...? I was choked. I asked him when I will be put back to work? And to give me some reasons to prevent from work...? He was smiling without telling me anything. Then I asked him: Is it a suspension or a discharged?...He responded.: ...oh no, it is not a discharged, but an assigned position...and continues, I get back to you as soon as I find a spot for you.. Then I left the Office.

**Tuesday August 23, 2005 11.00AM**

Dana Smith called me, and advised me not to report the company to EEOC, and she will fix the problem. That was the last time I heard from her, and from the corporate office.

EEOC Form 161-A (1/08)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
## (CONCILIATION FAILURE)

To: Kophi Niamien
P.O. Box 720881
San Jose, CA 95172

From: San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 370-2006-00102 | Michelle L. Nardella, Enforcement Manager | (415) 625-5628 |

**TO THE PERSON AGGRIEVED:**

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## – NOTICE OF SUIT RIGHTS –
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

Michael Baldonado,
Acting Director

1-17-08
*(Date Mailed)*

cc: Judd F. Osten
VP, Assoc General Counsel
GUARDSMARK
22 South Second Street
Memphis, TN 38103

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
NIAMIEN, KOPHI
P.O. BOX 720881 SAN JOSE CA 95172
TELEPHONE NO.: (408) 505-0479 FAX NO.:
ATTORNEY FOR (Name):

FOR COURT USE ONLY

ENDORSED

2008 APR 16 P 1:59

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San JOSE CA 95113
BRANCH NAME:

CASE NAME: Niamien vs Guardsmark, LLC

## CIVIL CASE COVER SHEET

- [x] Unlimited (Amount demanded exceeds $25,000)
- [ ] Limited (Amount demanded is $25,000 or less)

Complex Case Designation

- [ ] Counter
- [ ] Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 1 1 0 6 1 3

JUDGE:

DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [x] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (*not specified above*) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (*check all that apply*): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (*specify*):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: N/A

NIAMIEN, KOPHI
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

### NOTICE

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**EXHIBIT C**

COPY

Case Name: NIAMIEN, KOPHI Case #: 108CV110613

ENDORSED
2008 JUL -2 PM 2:4
KIRI TORRE, CEO
SUPERIOR COURT OF CA
CO. OF SANTA CLARA
B. CHCPC
BY DEPUTY

NIAMIEN, KOPHI
P.O.Box 720881
San Jose California 95172
Phone: (408) 505 – 0479

Plaintiff in Pro Per

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA**

NIAMIEN, KOPHI,
Plaintiff,

v.

GUARDSMARK. LLC
Defendant,

Case No. 108CV110613
AMENDED
COMPLAINT

JURY TRIAL DEMANDED

1. On Sunday April 15, 2005 at approximately 5:30 PM, Plaintiff NIAMIEN KOPHII received a phone call from his Guardsmark site Supervisor of name of Corey Mathews telling the Plaintiff, is no longer to resume services to Guardsmark at 55 South Market Street in the City of San Jose California 95172, County of Santa Clara.

2. The Plaintiff was involved in a "Protected Activity", Opposing the Defendant of wrongful treatment of an employee, and Plaintiff Threatened the Defendant to Report the matter to Equal Employment Opportunity Commission Office.

3. As a result, Defendant Guardsmark LLC puts the Plaintiff in "Indefinite Suspension" for several months by means of Retaliation, in violation of Federal laws. The Statue of Title VII of the Civil Rights Act of 1964, as amended.

Case Name: NIAMIEN, KOPHI Case #: 108CV110613

4. The Retaliation resulting in "Indefinite Suspension" caused the Plaintiff a substantial Emotional and Financial distress.

5. WHEREFORE, Plaintiff prays for judgment against Defendant in the Maximum Amount allowed by the State of California Superior Court for similar case.

Dated: July 2 , 2008

By [signature]
Niamien Kophi, Plaintiff in Pro Per

Plaintiff demands trial by jury

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.:

FOR COURT USE ONLY

ORIGINAL

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

STREET ADDRESS: Superior Court
MAILING ADDRESS: Civil Division
CITY AND ZIP CODE: 191 N. First St
San Jose, CA 95113
BRANCH NAME:

PLAINTIFF/PETITIONER: KOPHI NIAMIEN

DEFENDANT/RESPONDENT: GUARDSMARK LLC

PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

CASE NUMBER:

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

I am a resident of or employed in the county aforesaid; I am over the age of eighteen and not a party to the within entitled action; my business/residence address is: 123 E. SAN CARLOS STREET SAN JOSE, CA 95112

On JULY 2, 2008, I served the following documents AMENDED COMPLAIN CASE NO. 108CV110613

on GUARDSMARK, LLC the (plaintiff, defendant, petitioner, respondent or other)

in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at (City and State of mailing) SAN FRANCISCO, CALIF

addressed as follows: 505 MONTGOMERY STREET, 7TH FLOOR SAN FRANCISCO, CA 94111-2584

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on (date) 7/2/2008 at (place) SAN JOSE, California.

[signature]

Signature of server

EXHIBIT D

Goldthuler [illegible]

# CIVIL LAWSUIT NOTICE

ATTACHMENT CV-5012

*Superior Court of California, County of Santa Clara*
*191 N. First St., San Jose, CA 95113*

CASE NUMBER: 108CV110813

**READ THIS ENTIRE FORM**

***PLAINTIFFS*** (the person(s) suing): Within 60 days after filing the lawsuit, you must serve each defendant with the *Complaint*, *Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

***DEFENDANTS*** (The person(s) being sued): You must do each of the following to protect your rights:

1. You must file a written response to the *Complaint*, in the Clerk's Office of the Court, within 30 days of the date the *Summons* and *Complaint* were served on you;
2. You must send a copy of your written response to the plaintiff; and
3. You must attend the first Case Management Conference.

Warning: If you do not do these three things, you may automatically lose this case.

***RULES AND FORMS:*** You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms. You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: http://www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing: 408-293-8177 or becky@rose-printing.com (there is a charge for forms)

For other local legal information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

***CASE MANAGEMENT CONFERENCE (CMC):*** You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC. You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

*You or your attorney must appear at the CMC. You may ask to appear by telephone – see Local Civil Rule 8.*

*Your Case Management Judge is:* James Emerson *Department:* 19

*The 1st CMC is scheduled for:* (Completed by Clerk of Court)

*Date:* SEP - 9 2008 *Time:* 1:30 PM in Department 19

*The next CMC is scheduled for:* (Completed by party if the 1st CMC was continued or has passed)

*Date:* ________ *Time:* ________ in Department ________

***ALTERNATIVE DISPUTE RESOLUTION (ADR):*** If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

***WARNING:*** Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Niamien Kophi

**DEFENDANTS**
Guardsmark, LLC

C08 03763 RS

(b) County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Delaware
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE OF LAND INVOLVED.

ADR

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111

BY FAX

E-FILING

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motion to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of Civil Rights Act of 1964

Brief description of cause: Retaliation, Employment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ [ ] CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE
August 6, 2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________