STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

NIAMIEN KOPHI,

    Plaintiff,

v.

GUARDSMARK, LLC,

    Defendants.

C08 03763

DECLARATION OF JUDD F. OSTEN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) [DIVERSITY AND FEDERAL QUESTION]

I, Judd F. Osten, declare as follows:

1. I am Vice President and Associate General Counsel of Guardsmark, LLC. I have personal knowledge of the information contained below.

2. Guardsmark, LLC is a Delaware limited liability company. Guardsmark, LLC is owned by (i) Guardsmark Holdings, Inc., a Delaware corporation, and (ii) the Lipman Brothers Partnership, a Delaware general partnership consisting of three partners. Two of the partners reside in New York and the third in Memphis. GUARDSMARK, LLC has its principal place of business in New York, New York and its administrative center in Memphis, Tennessee.

3. Attached hereto as Exhibit A is a true and correct copy of the Charge of Discrimination filed by plaintiff with the EEOC.

4. Attached hereto as Exhibit B is a true and correct copy of plaintiff's 2004 W-2 Wage and Tax Statement which indicates he made $24,772.

-1-

DECLARATION OF JUDD F. OSTEN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) [DIVERSITY AND FEDERAL QUESTION]

J:\1007\sf0067\Pld\DecOsten.wpd

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of August 2008 in Memphis, Tennessee.

Judd F. Osten
Vice President/Associate General Counsel
Guardsmark, LLC

-2-

DECLARATION OF JUDD F. OSTEN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) [DIVERSITY AND FEDERAL QUESTION]

J:\1007\sf0067\Pld\DecOsten.wpd

TOTAL P.03

EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>370-2006-00102 |
|---|---|---|

California Department Of Fair Employment & Housing _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Kophi Niamien | Home Phone No. (Incl Area Code)<br>(408) 370-9323 | Date of Birth |
|---|---|---|

Street Address: P.O. Box 720881, San Jose, CA 95172

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>GUARDSMARK | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(408) 241-1493 |
|---|---|---|

Street Address: 3031 Tisch Way Suite 306, San Jose, CA 95128

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 12-07-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on April 20, 2005. My last job title was Security Officer. On August 15, 2005, Corey Mathews, Supervisor, African-American, and Derrick Bowman, Manager, African-American, unfairly suspended me for going to lunch without a relief despite the fact that the relief was there. I told both men that I would report the suspension to the EEOC. On August 19, 2005, Mr. Bowman asked me "Did the EEOC find you a job yet?" I have been continually suspended since August 15, 2005 despite the fact that Respondent has been hiring people to work in new and existing positions.

Respondent's stated reason for suspending me is that I left the post to go to lunch without waiting for a relief person. Respondent's stated reason for continuing to suspend me is that they are waiting for a position to open up.

I believe that I have been discriminated against on the basis of my race, African, and national origin, Ivory Coast, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I have been retaliated against for engaging in protected activity in violation of the statute.

RECEIVED
DEC 07 2005
EEOC-SFDO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

12-07-05 / Charging Party Signature: Kophi [signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT B

| Copy B To Be Filed With Employee's FEDERAL Tax Return | | 2004 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number 05840670 | 1 Wages, tips, other comp. 24,772.00 | 2 Federal income tax withheld 2,559.63 | |
| b Employer ID number 62-1043970 | 3 Social security wages 24,772.00 | 4 Social security tax withheld 1,535.86 | |
| | 5 Medicare wages and tips 24,772.00 | 6 Medicare tax withheld 359.19 | |
| c Employer's name, address, and ZIP code<br>GUARDSMARK, LLC<br>PO BOX 45<br>MEMPHIS    TN   38101-0045 | | | |
| d Employee's social security number  616 38 9991 | | | |
| e Employee's name, address, and ZIP code<br>KOPHI NIAMIEN    84    843549 T<br>P O BOX 720611<br>SAN JOSE    CA   95172 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 | |
| 13 Statutory employee | 14 Other | 12b Code | |
| Retirement plan | | 12c Code | |
| Third-party sick pay | CA-DIS    292.31 | 12d Code | |
| CA  195-4880-9 | 24,772.00 | 483.86 | |
| 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc.  .00  .00 | 19 Local income tax  .00  .00 | 20 Locality name | |

Form W-2 Wage and Tax Statement    41-1628061    Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return. | | 2004 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number 05840670 | 1 Wages, tips, other comp. 24,772.00 | 2 Federal income tax withheld 2,559.63 | |
| b Employer ID number 62-1043970 | 3 Social security wages 24,772.00 | 4 Social security tax withheld 1,535.86 | |
| | 5 Medicare wages and tips 24,772.00 | 6 Medicare tax withheld 359.19 | |
| c Employer's name, address, and ZIP code<br>GUARDSMARK, LLC<br>PO BOX 45<br>MEMPHIS    TN   38101-0045 | | | |
| d Employee's social security number  616 38 9991 | | | |
| e Employee's name, address, and ZIP code<br>KOPHI NIAMIEN    84    843549 T<br>P O BOX 720611<br>SAN JOSE    CA   95172 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code | |
| 13 Statutory employee | 14 Other | 12b Code | |
| Retirement plan | | 12c Code | |
| Third-party sick pay | CA-DIS    292.31 | 12d Code | |
| CA  195-4880-9 | 24,772.00 | 483.86 | |
| 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc.  .00  .00 | 19 Local income tax  .00  .00 | 20 Locality name | |

Form W-2 Wage and Tax Statement    41-1628061    Dept. of the Treasury - IRS

| Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) | | 2004 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number 05840670 | 1 Wages, tips, other comp. 24,772.00 | 2 Federal income tax withheld 2,559.63 | |
| b Employer ID number 62-1043970 | 3 Social security wages 24,772.00 | 4 Social security tax withheld 1,535.86 | |
| | 5 Medicare wages and tips 24,772.00 | 6 Medicare tax withheld 359.19 | |
| c Employer's name, address, and ZIP code<br>GUARDSMARK, LLC<br>PO BOX 45<br>MEMPHIS    TN   38101-0045 | | | |
| d Employee's social security number  616 38 9991 | | | |
| e Employee's name, address, and ZIP code<br>KOPHI NIAMIEN    84    843549 T<br>P O BOX 720611<br>SAN JOSE    CA   95172 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 | |
| 13 Statutory employee | 14 Other | 12b Code | |
| Retirement plan | | 12c Code | |
| Third-party sick pay | CA-DIS    292.31 | 12d Code | |
| CA  195-4880-9 | 24,772.00 | 483.86 | |
| 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc.  .00  .00 | 19 Local income tax  .00  .00 | 20 Locality name | |

Form W-2 Wage and Tax Statement    41-1628061    Dept. of the Treasury - IRS

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return. | | 2004 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number 05840670 | 1 Wages, tips, other comp. 24,772.00 | 2 Federal income tax withheld 2,559.63 | |
| b Employer ID number 62-1043970 | 3 Social security wages 24,772.00 | 4 Social security tax withheld 1,535.86 | |
| | 5 Medicare wages and tips 24,772.00 | 6 Medicare tax withheld 359.19 | |
| c Employer's name, address, and ZIP code<br>GUARDSMARK, LLC<br>PO BOX 45<br>MEMPHIS    TN   38101-0045 | | | |
| d Employee's social security number  616 38 9991 | | | |
| e Employee's name, address, and ZIP code<br>KOPHI NIAMIEN    84    843549 T<br>P O BOX 720611<br>SAN JOSE    CA   95172 | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code | |
| 13 Statutory employee | 14 Other | 12b Code | |
| Retirement plan | | 12c Code | |
| Third-party sick pay | CA-DIS    292.31 | 12d Code | |
| CA  195-4880-9 | 24,772.00 | 483.86 | |
| 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc.  .00  .00 | 19 Local income tax  .00  .00 | 20 Locality name | |

Form W-2 Wage and Tax Statement    41-1628061    Dept. of the Treasury - IRS