FILED

STEVEN D. WERTH, # 121153
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

2008 AUG -6 P 3: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIAMIEN KOPHI,

                    Plaintiff,

    v.

GUARDSMARK, LLC,

                    Defendants.

C08 03763 RS

Case No.

**CERTIFICATE OF SERVICE
OF NOTICE TO ADVERSE
PARTY OF REMOVAL TO
FEDERAL COURT**

BY FAX

I, KATHI DE LEON, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 505 Montgomery Street, 7th Floor, San Francisco, California 94111-2584, which is located in the city, county and state where the mailing described below took place.

On August 6, 2008, I deposited in the United States Mail in San Francisco, California a copy of the Notice to Adverse Party of Removal to Federal Court dated August 6, 2008, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the following is true and correct. Executed on August 6, 2008 in San Francisco, California.

KATHI DE LEON

-1-

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

J:\1007\sf0067\Pld\CertService.wpd

1  STEVEN D. WERTH, # 121153
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   GUARDSMARK, LLC

6

7

8              SUPERIOR COURT FOR THE STATE OF CALIFORNIA

9                IN AND FOR THE COUNTY OF SANTA CLARA

10

11  NIAMIEN KOPHI,                      )   Case No. 108CV110613
                                        )
12                      Plaintiff,      )   **NOTICE TO ADVERSE PARTY**
                                        )   **OF REMOVAL OF ACTION TO**
13         v.                           )   **FEDERAL COURT**
                                        )
14  GUARDSMARK, LLC,                    )
                                        )
15                      Defendants.     )
                                        )
16  _____   )

17         TO PLAINTIFF NIAMIEN KOPHI,

18         PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United

19  States District Court for the Northern District of California on August 6, 2008.  A copy of the Notice of

20  Removal is attached to this Notice and served and filed herewith.

21         Dated:  August __6__, 2008.

22                                          LOW, BALL & LYNCH

23

24                                          By _____
25                                             STEVEN D. WERTH
                                               LAURA S. FLYNN
26                                             Attorneys for Defendant
                                               GUARDSMARK, LLC

27

28

J:\1007\sf0067\Pld\NotRemovAdvPty.wpd

Niamien v. Guardsmark, LLC
Santa Clara Superior Court Case No.: 108CV110613

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**          NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

**ADDRESSES:**
Kophi Niamien
P.O. Box 720881
San Jose, CA 95172
Telephone: 408/505-0479
**In Pro Per**

[X]    **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]    **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]    **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]    **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on August ___, 2008

Kathi de Leon

-1-
PROOF OF SERVICE

J:\1007\sf0067\Spos.wpd