1  STEVEN D. WERTH, # 121153
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634
   Email: lflynn@lowball.com
5         swerth@lowball.com

6  Attorneys for Defendant
   GUARDSMARK, LLC
7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

11

12 NIAMIEN KOPHI,                )   Case No. C08-03763-RS
                                 )
13              Plaintiff,        )
                                 )   PROOF OF SERVICE
14        v.                     )
                                 )
15 GUARDSMARK, LLC,              )
                                 )
16              Defendants.       )
                                 )

Niamien v. Guardsmark, LLC
U.S. District Court Case No.: C08-03763-RS

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:** ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; GENERAL ORDER NO. 40; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; GENERAL ORDER NO. 53; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS FORM; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; and CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

**ADDRESSES:**
Kophi Niamien
P.O. Box 720881
San Jose, CA 95172
Telephone: 408/505-0479
**In Pro Per**

[X]  **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]  **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]  **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]  **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

///

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is
2   true and correct.
3   Executed at San Francisco, California on August 12, 2008.

*Danielle Costes*
Danielle Costes