**United States District Court**
For the Northern District of California

\*E-FILED 12/5/08\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KOPHI NIAMIEN,

      Plaintiff,

v.

GUARDSMARK, LLC.,

      Defendant.
_____/

No. C 08-03763 RS

**ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**

    The case management conference in the above-captioned matter currently set for December 10, 2008 at 2:30 p.m. has been continued to **December 12, 2008 at 2:30 p.m.**

    IT IS SO ORDERED.

Dated: 12/5/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Laura Sagmeister Flynn    lflynn@lowball.com, dcostes@lowball.com

Steven Douglas Werth    swerth@lowball.com, gaddison@lowball.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Kophi Niamien
Post Office Box 720881
San Jose, CA 95172

Dated: 12/5/08

                /s/ BAK
                Chambers of Magistrate Judge Richard Seeborg